■    MICHAEL ZIBBON, as Administrator of the Estate of WILLIAM A. DEYO, JR., Deceased, Appellant-Respondent, v TOWN OF CHEEKTOWAGA, Respondent-Appellant. MICHAEL ZIBBON, as Administrator of the Estate of MICHELE Z. DEYO, Deceased, Appellant-Respondent, v TOWN OF CHEEKTOWAGA, Respondent-Appellant.—Judgment affirmed, with costs to plaintiffs. All concur, Simons and Moule, JJ., on the constraint of Zibbon v Town of Cheektowaga (51 AD2d 448). (Appeals from judgment of Erie Supreme Court —wrongful death.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.